

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,603-03

### EX PARTE NOE ARMANDO ARTIGA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1333910-B IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). On July 3, 2019, this Court remanded this matter to the trial court to obtain affidavits and findings of fact addressing Applicant's ineffective assistance of counsel claims.

On August 30, 2019, this Court received the supplemental record from Harris County. The supplemental record includes an "amended affidavit" filed by trial counsel, and findings of fact and conclusions of law from the trial court. The trial court's findings of fact and conclusions of law make reference to both an initial affidavit and the amended affidavit of trial counsel. The trial court

ordered the district clerk to include both affidavits in the supplemental transcript. However, the supplemental record contains only trial counsel's amended affidavit, and no copy of trial counsel's initial affidavit.

The district clerk shall supplement the habeas record with a copy of the initial affidavit of trial counsel, as required by the trial court's order.

This application will be held in abeyance until the district clerk has supplemented the record with the necessary documents. A supplemental transcript containing those documents shall be forwarded to this Court within 10 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.


Filed:        October 23, 2019
Do not publish